# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS individually, and on behalf of all other similarly situated consumers,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>STARBUCKS CORPORATION, INC.<br><br>　　　　　Defendant. | )<br>) Case No: 2:24-cv-01840-PD<br>)<br>)<br>)<br>) STIPULATION OF DISMISSAL<br>)<br>)<br>)<br>)<br>) |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Andrew Wilkins, and Defendant, STARBUCKS CORPORATION, INC., that the above-entitled action is hereby dismissed against Defendant, STARBUCKS CORPORATION, INC., with prejudice and with each party to bear its own attorneys' fees and costs.


Dated: October 16th, 2024

Respectfully submitted,


| | |
|---|---|
| */s/ Jacob Oslick*<br>JACOB OSLICK<br>SEYFARTH SHAW LLP<br>620 - 8TH AVE 31ST FL<br>NEW YORK, NY 10018<br>212-218-6480<br>Email: joslick@seyfarth.com<br>Attorneys for Defendant | */s/ Daniel Zemel*<br>Daniel Zemel, Esq.<br>Zemel Law LLC<br>660 Broadway,<br>Paterson, NJ 07514<br>Tel: (862) 227-3106<br>Fax: (973) 282-8603<br>Email: dz@zemellawllc.com<br>Attorney for Plaintiff |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2024, a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF filing system.

/s/ Daniel Zemel
Daniel Zemel, Esq.
